UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 1:26-cv-23110-BB

JOEL DEL PINO SALAZAR,

     Plaintiff,

v.

PETAL PRODUCTIONS FLOWERS AND EVENTS LLC,
a Florida limited liability company; and
RALPH GROSZ, individually,

     Defendants.

_____/

## PLAINTIFF'S CERTIFICATE OF SERVICE REGARDING SERVICE OF

## STATEMENT OF CLAIM

Plaintiff, pursuant to the Court's Order [DE 4], hereby files this Certificate and certifies that on June 12, 2026, Plaintiff served upon Defendants' counsel, Lowell J. Kuvin, Esq., a copy of the Statement of Claim, together with supporting documentation, including copies of payment checks reflecting payments made by Defendants to Plaintiff, via electronic mail at lowell@kuvin.law.com.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2026, the foregoing Plaintiff's Certificate of Service Regarding Service of Statement of Claim was electronically filed with the Clerk of Court using the CM/ECF system. I further certify that a true and correct copy of the foregoing was served via electronic mail upon counsel for Defendants, at lowell@kuvin.law.com.

Lowell J. Kuvin, Esq.
Florida Bar No. 53072
lowell@kuvin.law
Law Office of Lowell J. Kuvin, LLC
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
*Attorneys for Defendants*

Respectfully submitted,

By: /s/*Maria Lopez*
Maria Lopez, Esq.
Fla. Bar No.: 1010761
GALLARDO LAW OFFICE, P.A.
8492 SW 8th Street
Miami, Florida 33144
Telephone: (305) 261-7000
*Counsel for Plaintiff*